UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
TRUSTEES OF THE PLUMBERS LOCAL
UNION NO. 1 WELFARE FUND, ADDITIONAL
SECURITY BENEFIT FUND, VACATION &
HOLIDAY FUND, TRADE EDUCATION FUND
AND 401(k) SAVINGS PLAN, TRUSTEES OF
THE PLUMBERS AND PIPEFITTERS
NATIONAL PENSION FUND, TRUSTEES OF THE
INTERNATIONAL TRAINING FUND, and GEORGE
W. REILLY, as Business Manager of LOCAL
UNION NO. 1 OF THE UNITED ASSOCIATION
OF JOURNEYMEN AND APPRENTICES OF
THE PLUMBING AND PIPEFITTING INDUSTRY
OF THE UNITED STATES AND CANADA,

                   Plaintiffs,

  - against -

PHILIP GENERAL CONSTRUCTION
and PHILIP HUANG,

                   Defendants.
-----------------------------------------------------------------x

ORDER

05 CV 1665 (NG) (RLM)

**GERSHON, United States District Judge:**

By order dated May 8, 2007, the court granted default judgment in favor of plaintiffs and referred the matter to the Honorable Roanne L. Mann, United States Magistrate Judge, for a report and recommendation concerning the relief, if any, that should be granted to the plaintiff. On September 12, 2007, Judge Mann issued her Report and Recommendation recommending that judgment be entered against Philip General Construction and Philip Huang, jointly and severally, as follows: $13,657.55 in delinquent contributions to the Local 1 Funds[1]; $1,339.86 in interest to the Local 1 Funds; $2,731.51 in liquidated damages to the Local 1 Funds; $48.82 in lost earnings

---

[1] As Judge Mann outlines on page five of her report and recommendation, the Local 1 Funds include the Plumber's Local Union No. 1 Welfare Fund, Additional Security Benefits Fund, Vacation & Holiday fund, Trade Education Fund, and 401(k) Savings Plan.

to the 401(k) Savings Plan; interest on the principal amount of $259.00 in 401(k) deductions, calculated at a daily rate of .027% from June 15, 2004 until the date on which judgment is entered in this case; and $4,708.48 in legal fees and costs.

Additionally, Judge Mann recommended that judgment be entered against Philip General Construction alone in the amount of: $2,897.00 in delinquent contributions to the National Pension Fund; interest on the principal amount of $2,897.00 owed to the National Pension Fund, calculated at a daily rate of .033% from June 15, 2004 until the date on which judgment is entered in this case; $31.95 in delinquent contributions to the International Training Fund; interest on the principal amount of $31.95 owed to the International Training Fund, calculated at a daily rate of .033% from June 15, 2004 until the date on which judgment is entered in this case; $289.70 in liquidated damages to the National Pension Fund; $1,188.56 in unpaid contributions to the Union; $112.61 in interest to the Union; and $225.21 in liquidated damages to the Union.

Defendants have not filed any objections. Accordingly, the unopposed and well-reasoned Report and Recommendation of Judge Mann is hereby adopted in its entirety, and the Clerk of Court is directed to enter judgment against the defendants as outlined above.

**SO ORDERED.**

_____
NINA GERSHON
United States District Judge

Dated: Brooklyn, New York
October 14, 2007

c/m by chambers to:
Philip Huang ; Philip General Construction
70 Bowery Room 203
New York NY 10013